UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMANDA LEHMAN,<br><br>    Plaintiff,<br><br>    v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>    Defendant. | Case No.: 1:14-cv-00755 - JLT<br><br>ORDER TO PLAINTIFF TO SHOW CAUSE WHY THE ACTION SHOULD NOT BE DISMISSED FOR FAILURE TO PROSECUTE AND FAILURE TO COMPLY WITH THE COURT'S ORDER |

Amanda Lehman ("Plaintiff") seeks to proceed *pro se* and *in forma pauperis* in this action for judicial review of the decision to deny her Social Security benefits. On May 28, 2014, the Court ordered Plaintiff to file an amended motion to proceed *in forma pauperis*. (Doc. 3.) In addition, the Court found the facts alleged in the complaint were insufficient to determine whether it has jurisdiction pursuant to 42 U.S.C. § 405(g). (*Id.* at 2.) Therefore, the complaint was dismissed with leave to amend. (*Id.* at 4.) Plaintiff was ordered to file amended complaint within sixty days of the date of service, or no later than July 28, 2014. To date, Plaintiff has failed to comply with or otherwise respond to the Court's order.

The Local Rules, corresponding with Fed. R. Civ. P. 11, provide: "Failure of counsel or of a party to comply with . . . any order of the Court may be grounds for the imposition by the Court of any and all sanctions . . . within the inherent power of the Court." Local Rule 110. "District courts have inherent power to control their dockets," and in exercising that power, a court may impose sanctions

1

including dismissal of an action. *Thompson v. Housing Authority of Los Angeles*, 782 F.2d 829, 831 (9th Cir. 1986). A court may dismiss an action with prejudice, based on a party's failure to prosecute an action or failure to obey a court order, or failure to comply with local rules. *See, e.g. Ferdik v. Bonzelet*, 963 F.2d 1258, 1260-61 (9th Cir. 1992) (dismissal for failure to comply with an order requiring amendment of complaint); *Malone v. U.S. Postal Service*, 833 F.2d 128, 130 (9th Cir. 1987) (dismissal for failure to comply with a court order); *Henderson v. Duncan*, 779 F.2d 1421, 1424 (9th Cir. 1986) (dismissal for failure to prosecute and to comply with local rules).

Accordingly, Plaintiff is **ORDERED** to show cause within 14 days of the date of service of this Order why the action should not be dismissed for her failure to prosecute and failure comply with the Court's order or, in the alternative, to file an amended complaint and amended motion to proceed *in forma pauperis*.

IT IS SO ORDERED.

Dated: **July 30, 2014**            **/s/ Jennifer L. Thurston**
                                    UNITED STATES MAGISTRATE JUDGE

2